# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:04-cr-104-T-30EAJ

**JOHN DAVID CALANDRA**

_____

## ORDER

This cause came on for consideration upon Defendant's Motion Requesting that Petitioner's State Sentence Be Allowed to Run Retroactively and/or Concurrently With the Federal Sentence Petitioner is Serving (Dkt. #74). Upon review and consideration, the Court determines that it has no jurisdiction to modify the State Court sentence and is therefore treating this Motion as a Motion to Modify the Federal Sentence of the Defendant. The Court did not intend for the State Court and Federal Court sentences to be served concurrently. Therefore, it is

ORDERED AND ADJUDGED that Defendant's Motion Requesting that Petitioner's State Sentence Be Allowed to Run Retroactively and/or Concurrently With the Federal Sentence Petitioner is Serving (Dkt. #74) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 28, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cr-104.deny reduction 74.frm